UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Michael B. Renz, et al., | : | |
| Plaintiffs, | : | Case No. 3:20-cv-1948 |
| v. | : | Judge James G. Carr |
| Governor Mike DeWine, et al., | : | |
| Defendants. | : | |

### NOTICE OF APPEARANCE

Now come John W. Zeiger, Esq. and Marion H. Little, Jr., Esq. of Zeiger, Tigges & Little LLP, on behalf of Defendants State of Ohio, Governor Mike DeWine and Lance D. Himes, Interim Director of the Ohio Department of Health, and hereby enter their appearance as Special Counsel to the Ohio Attorney General in this action. Please serve all pleadings, motions, and the like at the address below.

Respectfully submitted,

DAVE YOST, Ohio Attorney General

/s/  Marion H. Little, Jr.
John W. Zeiger (0010707)
Marion H. Little, Jr.  (0042679)
SPECIAL COUNSEL
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 S. High Street
Columbus, Ohio  43215
Telephone:  (614) 365-9900
Facsimile:  (614) 365-7900
zeiger@litohio.com
little@litohio.com

Counsel for Defendants State of Ohio, Governor Mike DeWine and Lance D. Himes, Interim Director of the Ohio Department of Health

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 3, 2020, a copy of the foregoing was filed electronically with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to all counsel of record to this action.

/s/ Marion H. Little, Jr.
Marion H. Little, Jr. (0042679)

1230-013:871953