IN THE UNITED STATES DISTRICT
COURT WESTERN DIVISION FOR THE
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| __Renz, et. al__, )<br>        Plaintiff )<br>Attorneys: )<br>Thomas Renz (Bar ID 98645) )<br>1907 W State St. #162 )<br>Fremont, OH 43420<br><br>&<br><br>Robert Gargasz (Bar ID 7136)<br>1670 Cooper Foster Park Rd.<br>Lorain, OH 44053<br><br>       -vs- )<br>    )<br>    )<br>    )<br>__State of Ohio, et. al__ )<br>    )<br>    )<br>   Defendant(s) )<br>    ) | CASE NO. __3:20-cv-1948__<br><br><br><br><br><br><br><br><br>JUDGE: __Honorable Judge__<br>__James Carr__<br><br><br>EXHIBIT – Attachment E:<br>    FOIA Request<br>    Documentation |

The following has been submitted by Plaintiff's attorney, Thomas Renz.

                          Respectfully submitted,

                          ___s/ Thomas Renz___

                          ATTORNEY
                          Thomas Renz
                          Bar ID: 98645
                          1907 W State St. #162
                          Fremont, OH 43420
                          Phone: 419-351-4248

|  | Date Requested | To Whom | Description | Date received? | |
|---|---|---|---|---|---|
| #1 | 26-Apr | | Acton's resume, letter of interest, & letter of qualification for her current position as director of ODH. | | |
| #2 | 26-Apr | ODH | Emails to or from Acton re: covid 3/9 - 3/15/20 | no | |
| #3 | 26-Apr | ODH | Emails re: masks to or from Acton or Dewine 4/1-4/26 | no | |
| #4 | 28-Apr | ODH | Emails to or from Acton re: school activities & closures from 1/1/-4/28 | no | |
| #5 | Apr-20 | ODH | Data from 4/15-4/23 data used to determine & compile the daily reports & data (total tested, number of positive cases, deaths, hospitalizations, ICU, healthcare workers) provided on the ODH website as well as by Acton & DeWine at daily press conferences | no | |
| #6 | 2-May | ODH | Documents (such as death certificates) used to determine all covid-19 deaths that are indicated by ODH on their website. | denied on 8/21 | Note: waiting 3.5 months for their reply gave me no opportunity to ask questions & revise my request. I continued to request additional records for several months. |
| #7 | 11-May | ODH | Resume, job description & records of education (college, continuing education, professional credits, certification) for the State of Ohio's epidemiologist Sietske de Fijter. | yes 5/19 | Note: why have none of us ever heard of the ODH state epidemiologist? Why has she never been mentioned or appeared at a press conference? |
| #8 | 13-May | ODH | Copies of all emails sent to or from Amy Acton from 3/1/20 to 5/13 regarding lab testing & results of samples for coronavirus/covid-19 that had previously resulted in a negative or positive result for the flu. | no | |
| #9 | 13-May | ODH | Documentation from 3/1- 5/13 re: All emails & sent to or from Amy Acton, and other documentation in the possession of ODH, re: Antibody tests/testing that resulted in cases being added to the ODH's daily verbal & online public reports of cases, deaths and/or hospitalization for coronavirus/covid-1. | no | |
| #10 | 19-May | ODH | Request for copies of the job description & records of education (college/university, continuing education, professional credits, certification) for Amy Acton. These records would typically be kept in employment/personnel/human resources files. | yes 6/13 | Only CV. Although Acton & DeWine claimed 30 years of public health experience, CV shows very little experience in public health or working fulltime. No evidence of education or certifications claimed on her CV. |
| #11 | 26-Jun | ODH | Copies of the following information indicated on the copy of Amy Acton's curriculum vitae that recently provided: | yes 8/20 | No responsive records except item #17. So no verification of anything claimed by Acton prior to hiring. |
| | | | 1) ODH's verification of Acton's employment, position & employment dates for The Columbus Foundation, Community research and grants management officer (2017-2018) | no records responsive. | |

| | | | | | |
|---|---|---|---|---|---|
| | | | 2) ODH's verification of Acton's employment, position & employment dates for OSU College of Public Health, Adjunct professor (2011-2017) | no records responsive. | |
| | | | 3) ODH's verification of Acton's employment, position, & employment dates for Center for Injury Research & Policy, the Research Institute at Nationwide Children's Hospital, Visiting faculty professor (2011-2013) | no records responsive. | |
| | | | 4) ODH's verification of Acton's employment, position & employment dates for OSU College of Public Health, Adjunct professor (1997-2003) | no records responsive. | |
| | | | 5) ODH's verification of Acton's employment, position & employment dates, Love our kids, vaccinate early, Director (1998-2000) | no records responsive. | |
| | | | 6) ODH's verification of Acton's consultancy/position, employment & employment dates, Bexley City Schools. Consultant, preventive medicine (2003-2012) | no records responsive. | |
| | | | 7) ODH's verification of Acton's consultancy & dates, 1996 Healthy Summit 2000, Akron City Health Dept. Consultant | no records responsive. | |
| | | | 8) ODH's verification of Acton's employment, position & employment dates, ODH Division of family & community health (1995-1996) | no records responsive. | |
| | | | 9) ODH's verification of Acton's residency in preventive medicine, OSU (1996) | no records responsive. | |
| | | | 10) ODH's verification of Acton's Internship/residency training pediatrics, Albert Einstein College of Medicine NYC (1996) | no records responsive. | |
| | | | 11) ODH's verification of Acton's Internship/residency training pediatrics, Children's Hospital/OSU Columbus (1996) | no records responsive. | |
| | | | 12) Copy of diploma or transcript for Acton's masters in public health, OSU (1996) | no records responsive. | |
| | | | 13) Copy of diploma or transcript for 1990 medical school: Northeastern Ohio University College of Medicine, accelerated 6-year program (1990) | no records responsive. | |
| | | | 14) Copies of Acton's personal references & verification of such. | no records responsive. | |

Page 2 Lisa Knapp Public Records Requests

| | | | | | |
|---|---|---|---|---|---|
| | | | 15) Verification of volunteer experience indicated on Acton's CV, including but not limited to Volunteer @ Children's International Summer Villages (2006-2012) | no records responsive. | |
| | | | 16) Verification of the "over 30 years of experience in teaching & data analysis, academic & nonprofit administration, government & community service, medical practice, consulting, and healthcare policy & advocacy" as indicated on Acton's CV. | no records responsive. | |
| | | | 17) Copy of the Director of ODH job description dated 2019 (the predecessor to the May 2020 version you provided in response to my last request). | Yes but was from 2017. | |
| #12 | 1-Jul | ODH | Rquest for copies of the death certificates that ODH used to determine all covid-19 deaths that are indicated by ODH on their covid-19 website from 5/3/20 to the present. Follow-up for 5/2/20 public records request for the same records up to that point as well as for the other 9 pending requests I've sent over the past 2 months but have not received a reply to. | Denied - 8/21 | |
| #13 | 13-Jul | | Request for copies of the death certificates that ODH used to determine all covid-19 deaths that are indicated & reported by ODH on their covid-19 website, at press conferences to the public, & to the media, from 7/1/20 to to 7/13. Follow-up to 5/2/20 & 7/1/20 public records requests for the same records up to that point, & 9 other pending requests over past 3 months. | Denied - 8/21 | |
| #14 | 21-Aug | ODH | #14 ODH Public Records Request - Procedures involved to obtain covid counts each day for reporting on the ODH website, procedures involved in reconciling determination of death as reported to ODRS with the individual's death certificate, & procedures for updating covid-19 data death data on ODH public website after reconciliation | Pending | |
| | | | | | |
| #A | Mar-20 | Governor | Request for Acton's resume via online system. No answer to phone calls. No way to leave a message. No Response | No response. | |
| #B | Apr-20 | Governor | Request for emails from 3/9-3/15 mentioning covid keywords | No response. | |
| #1 | 30-Apr | Governor | Followup request for Acton's resume, letter of interest, qualifications | 7/28 received response to items 1-4. | Appears to be incomplete. Very few records. |

Page 3 Lisa Knapp Public Records Requests

| | | | | | |
|---|---|---|---|---|---|
| #2 | 30-Apr | Governor | Request for emails mentioning words such as mask, face covering etc. | 7/28 received response to items 1-4, appears to be incomplete. Very few records. | Appears to be incomplete. Very few records. |
| #3 | 30-Apr | Governor | Request for emails from 3/1-4/30 re: businesses requiring face masks | 7/28 received response to items 1-4 | Appears to be incomplete. Very few records. |
| #4 | 30-Apr | Governor | Request for DeWine emails from 1/2-4/30 regarding school & activity restrictions due to covid-19 | 7/28 received response to items 1-4. | Appears to be incomplete. Very few records. |
| | 28-Jul | Governor | Emails from #1-#4 received but had redacted email addresses, including DeWine's. He uses a personal email address on a regular basis.` Requested them unredacted, cited 2014 OAG DeWine opinion | No response. | |