IN THE UNITED STATES DISTRICT
COURT WESTERN DIVISION FOR THE
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| __Renz, et. al___, | ) | |
| Plaintiff | ) | CASE NO. 3:20-cv-1948 |
| Attorneys: | ) | |
| Thomas Renz (Bar ID 98645) | ) | |
| 1907 W State St. #162 | ) | |
| Fremont, OH 43420 | ) | |

&

Robert Gargasz (Bar ID 7136)
1670 Cooper Foster Park Rd.
Lorain, OH 44053

|  |  |  |
|---|---|---|
| -vs- | ) | JUDGE:  __Honorable  Judge |
| | ) | James Carr |
| | ) | |
| | ) | |
| State of Ohio, et. al | ) | EXHIBIT – Attachment D: |
| | | Ohio increased cases |
| Defendant(s) | ) | |
| | ) | |

The following has been submitted by Plaintiff's attorney, Thomas Renz.


Respectfully submitted,


___s/ Thomas Renz_____

ATTORNEY
Thomas Renz
Bar ID: 98645
1907 W State St. #162
Fremont, OH 43420
Phone: 419-351-4248

COVID-19 Update: Case Increases in Children and in Southwest Ohio..

**Attachment D**

Case: 3:20-cv-01948-JGC   Doc #: 10-1   Filed: 09/08/20   2 of 29.   PageID #: 994

☐ Language Translation

An Official Site of



# Coronavirus (COVID-19

Ohio Public Health Advisory System | Responsible RestartOhio | Testing and Community Health Centers | Families and Individuals | Healthcare Providers and Local Health Districts



**NEWS RELEASES & NEWS YOU CAN USE** | PUBLIC HEALTH ORDERS | PRESS CONF

**COVID-19** / **Resources** / **News Releases & Ne**… / COVID-19 Update: Cas…

# COVID-19 Update: Case Increases in Children and in Southwest Ohio..

*June 19, 2020* | COVID-19

---

**FOR IMMEDIATE RELEASE:**

June 18, 2020

**MEDIA CONTACTS:**

Dan Tierney: 614-644-0957

Breann Almos: 614-799-6480

---

(COLUMBUS, Ohio)—Ohio Governor Mike DeWine and Lt. Governor Jon Husted today provided the following updates on Ohio's response to the COVID-19 pandemic.

**SOUTHWEST OHIO CASE INCREASE:**

Governor DeWine announced today that although Ohio is seeing an overall declining number of COVID-19 cases, there is currently an uptick in cases in Southwest Ohio.

Increases are being seen in Montgomery County, Greene County, Clark County, Warren County, and Hamilton County. Case counts in these counties by zip code can be found on coronavirus.ohio.gov.

In response to this increase in cases, Governor DeWine announced that pop-up testing sites will surge into the zip codes with the highest number of cases. Testing at pop-up sites is free, and citizens are not required to live in the community where the pop-up site is located to receive a test.

377

COVID-19 Update: Case Increases in Children and in Southwest Ohio..

Case: 3:20-cv-01948-JGC   Doc #: 10-1   Filed:  09/08/20   3 of 29.   PageID #: 995

New pop-up testing sites will also be scheduled in other locations to ensure testing accessibility throughout the state. A list of sites currently scheduled in Ohio is available on coronavirus.ohio.gov on the COVID-19 Minority Health Testing page.

## INCREASE IN COVID-19 CASES IN CHILDREN:

Dr. Amy Edwards, a pediatric infectious disease doctor and associate medical director for infection control at University Hospitals Rainbow Babies & Children's Hospital in Cleveland, today provided information on an increase in the percentage of children testing positive for COVID-19 at Rainbow Babies.

"What we've really been seeing recently is an increase of the percent of tests that are coming back positive, particularly in symptomatic children - meaning that for kids who have symptoms of a respiratory viral disease, a larger percent of them are coronavirus than earlier in the pandemic," Dr. Edwards said. "It's to be expected as the state opens that we're going to start to see more positive kids, but that rate has been going up, and it is something we're keeping our eye on. It hasn't gone up dramatically, about 5 - 6 percent or so, but it has been a steady increase, and it has not stopped increasing as of yet."

Dr. Edwards said that hospital admissions for COVID-19 in children at Rainbow Babies have also increased.

Symptoms of COVID-19 in kids are similar to symptoms in adults. If your child seems to be having trouble breathing or is not eating or drinking, Dr. Edwards recommends calling your pediatrician to get your child tested.

In addition, Dr. Edwards reported that cases of multisystem inflammatory syndrome in children have also increased at Rainbow Babies. Symptoms include high fever, rash, red eyes, and gastrointestinal symptoms such as nausea, vomiting, diarrhea, and stomach pains. More information on multisystem inflammatory syndrome in children is available at uhhospitals.org.

## HOSPITAL PPE READINESS STOCKPILE:

Governor DeWine announced the creation of a new Hospital PPE Readiness Stockpile, which will be compiled and stored by Ohio hospitals throughout the state. Items in the PPE stockpile will be distributed to residents and staff at long-term care facilities should there be an increase in COVID-19 cases.

"Having a stockpile like this is incredibly important, especially for long-term care facilities like nursing homes," said Governor DeWine. "With the recent changes to visitation rules, we must continue to recognize that these Ohioans are vulnerable to the COVID-19 virus and that spikes may occur in congregate living facilities."

378

COVID-19 Update: Case Increases in Children and in Southwest Ohio..

Case: 3:20-cv-01948-JGC  Doc #: 10-1  Filed:  09/08/20  4 of 29.  PageID #: 996

Hospitals have begun to build a 30-day reserve of PPE based on several calculations, including the state's surge models, the number of residents and staff at Ohio nursing homes, as well as recent FEMA PPE allocations to each Ohio nursing home. Each hospital will have a different amount of stockpile that is calculated specifically for the region.

The stockpile is a collaborative effort between the Ohio Hospital Association, hospitals throughout the state, and several state agencies, including the departments of Health, Medicaid, and Public Safety.

**GOOD CAUSE EXECUTIVE ORDER**:

For the seventh straight week, renewals of unemployment claims have declined. Last week, more than a quarter a million fewer people filed for continued unemployment insurance than they did during the COVID-19 unemployment peak.

Governor DeWine signed an executive order that expands the definition of good cause throughout the COVID-19 State of Emergency.

Good Cause now includes the following situations:

- A medical professional recommends that an individual not return to work because that person falls into a category that is considered high-risk for catching COVID-19 by the Centers for Disease Control and Prevention and their employee cannot offer teleworking options.
- The employee is 65 years of age or older.
- There is tangible evidence of a health and safety violation by the employer that does not allow the employee to practice social distancing, hygiene, and wearing personal protective equipment.
- The individual has been potentially exposed to COVID-19 and subject to a quarantine period as prescribed by a medical or health professional.
- The individual must stay home to care for a family member who is suffering from COVID-19 or subject to a prescribed quarantine period by a medical or health professional.

OHIO MEANS JOBS:

Lt. Governor Husted announced today that because most of Ohio's economy is now open, the coronavirus.ohio.gov/JobSearch website will transition back to Ohio's regular job-search website, OhioMeansJobs.com.

OhioMeansJobs.com currently has over 120,000 job postings, with almost half paying over $50,000. Approximately 76,000 jobs require less than a bachelor's degree, while 36,000 require either a bachelor's degree or associate's degree. Approximately 77 percent of the job openings are considered in-demand.

RESUMING SPORTS ACTIVITIES:

COVID-19 Update: Case Increases in Children and in Southwest Ohio..

Case: 3:20-cv-01948-JGC  Doc #: 10-1  Filed:  09/08/20  5 of 29.  PageID #: 997

Lt. Governor Husted also announced that Phase II of the Responsible RestartOhio plan for sports activities will allow contact practice for all sports to resume on Monday, June 22.

"This means football, lacrosse, and other contact sports can resume scrimmages and full training regiments as long as safety protocols are observed," said Lt. Governor Husted. "Although June 22 is the day contact practice may begin, it will ultimately be up to local sports organizers and high school leaders on when is the best time to proceed."

Training guidance is available at coronavirus.ohio.gov. The Ohio High School Athletic Association and the summer league work group worked together with the Ohio Department of Health on this plan.

CURRENT OHIO DATA:

There are 43,122 confirmed and probable cases of COVID-19 in Ohio and 2,633 confirmed and probable COVID-19 deaths. A total of 7,104 people have been hospitalized, including 1,807 admissions to intensive care units. In-depth data can be accessed by visiting coronavirus.ohio.gov.

Video of today's full update, including versions with foreign language translation, can be viewed on the Ohio Channel's YouTube page.

For more information on Ohio's response to COVID-19, visit coronavirus.ohio.gov or call 1-833-4-ASK-ODH.

–30–

Share this          ☐ Facebook   ☐ Twitter

عربية   |   简体中文   |   Af-Soomaali   |   Español   |   English

Official site of Ohio.gov

Need help or information?        Contact us

☐ Language Translation     An Official Site of   ☐

 **Department of Health**    Coronavirus (COVID-19 ☐

| Ohio Public Health Advisory System | Responsible RestartOhio | Testing and Community Health Centers | Families and Individuals | Healthcare Providers and Local Health Districts |

 **NEWS RELEASES & NEWS YOU CAN USE**    PUBLIC HEALTH ORDERS    PRESS CONF

COVID-19 / Resources / News Releases & Ne… / Governor DeWine Impl…

# Governor DeWine Implores Ohioans to Unite to Prevent Spread of Covid-19

*July 15, 2020* | [COVID-19](#)

**FOR IMMEDIATE RELEASE:**
July 15, 2020

**MEDIA CONTACTS:**
Dan Tierney: 614-644-0957
Jill Del Greco: 614-644-0957

(COLUMBUS, Ohio)—In a [statewide address](#) from his office in the Statehouse tonight Governor DeWine said that the state is at a critical point in the COVID-19 pandemic and implored Ohioans to take appropriate action to reverse the rapidly increasing spread of the virus.

"Today, more Ohioans are getting sick than at any previous point in this pandemic. We are sliding down a very dangerous path, with our once flattened-curve starting to sharpen and spike," said Governor DeWine. "This is a worrisome, disturbing reversal of our progress -- a jarring reminder of just how quickly our fate can change."

Governor DeWine commended Ohioans for doing their part at the beginning of the pandemic. However, with positive cases increasing, he reminded Ohioans that the choices they make today will impact the spread of the virus in the coming weeks. During the speech, grounded in [scientific evidence and data](#), Governor DeWine reminded Ohioans about the efficacy of facial

381

coverings to protect themselves, loved ones, friends, neighbors and other citizens. He also renewed the call to socially distance and limit public gatherings.

"I am calling on all Ohioans to once again unite. We must work together, support each other, and help each other through this challenging time. I've seen you do this. I know you can do this. Ohioans can continue to help our most vulnerable, while also protecting ourselves and our families. Together, we can be the Ohio where our hospitals are not overwhelmed, where our schools can open, where sports can start, and where our economy can continue to grow, Governor DeWine added.

A video of the address is available on the Ohio Channel's YouTube page.

For more information about Covid-19, including testing locations, visit coronavirus.ohio.gov.

–30–



عربية   |   简体中文   |   Af-Soomaali   |   Español   |   English

Official site of Ohio.gov

Need help or information?        Contact us

☐ Language Translation

An Official Site of

 **Ohio** | Department of Health

# Coronavirus (COVID-19

☐

| Ohio Public Health Advisory System | Responsible RestartOhio | Testing and Community Health Centers | Families and Individuals | Healthcare Providers and Local Health Districts |

 **NEWS RELEASES & NEWS YOU CAN USE**     PUBLIC HEALTH ORDERS     PRESS CONF

COVID-19 / Resources / News Releases & Ne… / Eight Counties Increas…

# Eight Counties Increase to Red Alert Level Three, Importance of Self-Quarantines, Broadband Expansion

*July 23, 2020* | COVID-19

**FOR IMMEDIATE RELEASE:**

July 23, 2020

**MEDIA CONTACTS:**

Dan Tierney: 614-644-0957

Breann Almos: 614-799-6480

(COLUMBUS, Ohio)—Ohio Governor Mike DeWine and Lt. Governor Jon Husted today provided the following updates on Ohio's response to the COVID-19 pandemic.

**UPDATED COUNTY RISK LEVELS**

Governor DeWine announced today that new public health data has led the Ohio Department of Health to designate 23 counties as being in a Red Alert Level 3 Public Emergency as defined by the Ohio Public Health Advisory System.

| Upgraded to Level 3: | Continuing at Level 3: | Downgraded to Level 2: |
|---|---|---|
| • Clark | • Athens | • Butler |

384

- Defiance
- Erie
- Hardin
- Henry
- Lawrence
- Marion
- Medina

- Allen*
- Clermont
- Cuyahoga
- Delaware
- Fairfield
- Franklin
- Hamilton
- Licking
- Lucas
- Montgomery
- Pickaway
- Richland
- Scioto
- Union

- Lorain
- Summit
- Wood

Allen County is also on Ohio's Watch List because it is closely nearing Purple Alert Level 4.

Franklin and Licking counties, despite meeting fewer indicators, remain at Red Alert Level 3 due to meeting the CDC guidelines for high incidence of COVID-19.

Butler, Lorain, Summit, and Wood counties were downgraded to Orange Alert Level 2, however, these counties remain at the CDC definition of moderately high incidence of COVID-19. Both Wood and Butler counties nearly meet the definition of high incidence.

"Overall, the downgrade in the risk levels in these four counties tells us that the measures to mitigate COVID-19 spread in red counties - including increased diligence in social distancing, wearing masks, washing hands frequently, and reducing interactions with others outside your household - may be helping to slow the spread in these counties," said Governor DeWine. "We are cautiously optimistic about this, but these are still high levels of spread, and citizens across Ohio must continue to be vigilant."

Detailed information on each Red Alert Level 3 county can be found on the Ohio Public Health Advisory System's website. The system was developed to provide local health departments, community leaders, and the public with data and information on the severity of the COVID-19 spread in the counties in which they live. The system consists of four levels with specific risk-level guidelines. Each level is calculated with data gathered on seven public health indicators.

Ohio's statewide mask order goes into effect at 6:00 tonight.

## IMPORTANCE OF SELF-QUARANTINES

Following an outbreak at an Ohio long-term care facility in which more than two dozen residents and

385

staff tested positive for COVID-19, Governor DeWine continued to encourage Ohioans to self-quarantine for 14-days after traveling to high-risk areas.

Contact tracing found that the long-term care facility's outbreak occurred due to a group of people who traveled to a high-risk area outside of Ohio and became sick upon return. Members of the group did not isolate and spread the virus into the nursing facility.

"When we look at the way this virus is progressing, we have to do everything we can to stop it in its tracks, and that may mean deferring a vacation so you're not putting yourself or your friends and family at risk," said Governor DeWine. "This may mean that you need to stay home from work, but these are critical sacrifices that we are calling on all Ohioans to make when necessary."

## BROADBAND EXPANSION

Lt. Governor Jon Husted today announced the next steps in OhioBroadband's plans to expand broadband access across the state.

In an effort to provide schools with the ability to search, review and compare prices for purchasing hotspots and equipment, a Request for Information (RFI) will be issued to internet providers for everything from hotspots to laptops to tablets.

Respondents to the RFI will need to provide the specific equipment they have available, number of units available, price, and amount of time it would take to implement an order. This RFI will be specific to K-12 plans and will be housed in a single location, giving every school district a chance to compare what is available and make the best decision for their district and their students.

Additionally, pending upcoming Controlling Board approval, schools can apply for a dollar to dollar matching grant program with the state for hotspots, in-home internet, and internet-enabled devices to students. This funding will be facilitated through the federal CARES Act and will total $50 million. Schools will have the flexibility to use the funding through a connectivity plan that makes the most sense for their student population and district.

The Lt. Governor also announced the launch of a new E-Permitting system through InnovateOhio and the Ohio Department of Transportation. The new system fulfills a goal outlined in the December 2019, Ohio Broadband Strategy, and replaces a paper-only right-of-way permitting system with an online process that is more convenient for permit requesters and is expected to reallocate 24,000 hours of labor per year.

## CURRENT COVID-19 DATA

There are 80,186 confirmed and probable cases of COVID-19 in Ohio and 3,256 confirmed and probable COVID-19 deaths. A total of 9,968 people have been hospitalized, including 2,403 admissions to intensive care units. In-depth data can be accessed by visiting coronavirus.ohio.gov.

Video of today's full update, including versions with foreign language translation, can be viewed on the Ohio Channel's YouTube page.

For more information on Ohio's response to COVID-19, visit coronavirus.ohio.gov or call 1-833-4-ASK-ODH.

**–30–**

Share this    ☐ Facebook    ☐ Twitter

## For more information



- CDC Travel Information



عربية  |  简体中文  |  Af-Soomaali  |  Español  |  English

Official site of Ohio.gov

Need help or information?    Contact us

☐ Language Translation                                          An Official Site of                    ☐

 | Department of Health        Coronavirus (COVID-19        ☐

| Ohio Public Health Advisory System | Responsible RestartOhio | Testing and Community Health Centers | Families and Individuals | Healthcare Providers and Local Health Districts |

   **NEWS RELEASES & NEWS YOU CAN USE**        PUBLIC HEALTH ORDERS        PRESS CONF

**COVID-19** / **Resources** / **News Releases & Ne**… / COVID-19 Update: Liq…

# COVID-19 Update: Liquor Sale and On-Premises Consumption Limits, Mass Gathering Order, Updated Risk Levels

*July 30, 2020* | COVID-19

**FOR IMMEDIATE RELEASE:**

July 30, 2020

**MEDIA CONTACTS:**

Dan Tierney: 614-644-0957

Breann Almos: 614-799-6480

(COLUMBUS, Ohio)—Ohio Governor Mike DeWine today provided the following updates on Ohio's response to the COVID-19 pandemic.

**UPDATED COUNTY RISK LEVELS**

Governor DeWine released this week's new Ohio Public Health Advisory System map.

"The good news is that more people are wearing masks in our urban counties and we are seeing the spread slow because of that," said Governor DeWine. "The bad news is that Ohio's more rural counties are turning orange with significantly more spread taking place. I will again urge those who live in rural counties to wear masks while in public."

388

| Remaining at Level 3: | Downgraded from Level 3 to Level 2: | Downgraded to from Level 3 to Level 1: |
|---|---|---|
| • Allen | • Clark | • Richland |
| • Cuyahoga | • Defiance | |
| • Erie | • Hardin | |
| • Fairfield | • Athens | |
| • Franklin | • Clermont | |
| • Hamilton | • Delaware | |
| • Licking | • Pickaway | |
| • Lucas | • Scioto | |
| • Henry | • Union | |
| • Lawrence | | |
| • Marion | | |
| • Medina | | |
| • Montgomery | | |

There are no counties on Ohio's Watch List.

Detailed data on all 88 counties are now available on the Ohio Public Health Advisory System's website. The system was developed to provide local health departments, community leaders, and the public with data and information on the severity of the COVID-19 spread in the counties in which they live. The system consists of four levels with specific risk-level guidelines. Each level is calculated with data gathered on seven public health indicators.

## ALCOHOL SALE AND ON-PREMISES CONSUMPTION LIMITS

Governor DeWine announced today that he has asked the Ohio Liquor Control Commission to call an emergency meeting to consider enacting a statewide emergency rule to limit liquor sales at establishments that serve alcohol for on-site consumption.

The rule would prevent the sale of alcohol at these liquor-permitted establishments beginning at 10:00 p.m. each night. On-premises consumption must end by 11:00 p.m. Businesses may stay open, and establishments that sell food can continue serving meals until closing.

Governor DeWine requested the new administrative rule after seeing outbreaks associated with bars across Ohio including Toledo, Cleveland, and Columbus.

"The problem is, bars, by their nature, lend themselves to a revolving door of people in close contact, oftentimes indoors, with interactions between many different people," said Governor DeWine. "While this may have been fine during normal times, these are not normal times. We must make a change

389

to curb the social behaviors that will cause this virus to continue to spread."

Separately, Governor DeWine is also asking the commission to raise the number of liquor and mixed drinks permitted to be purchased for carryout with a meal from two drinks to three drinks.

The Ohio Liquor Control Commission will hold its emergency meeting tomorrow at 9:00 a.m. If the emergency administrative rule is approved, Governor DeWine will sign an executive order making it effective tomorrow night.

### MASS GATHERING ORDER

Governor DeWine announced that Ohio will separate its mass gathering guidance into its own order. Mass gathering guidance was most recently referenced as part of other orders, and combining this information into a stand-alone order will allow citizens to easily find guidance on holding gatherings in a safe manner.

Mass gatherings in Ohio remain limited to 10 people.

"We have seen cases in recent weeks where outbreaks have been connected to informal social gatherings like birthday parties, neighborhood gatherings, graduation parties, weddings, funerals, and gatherings at people's homes," said Governor DeWine. "The fact remains that this virus spreads when someone with the virus comes in contact with others who don't yet have it. When we gather together with people outside our households, we increase the likelihood this virus can spread."

The order will still permit Ohioans to go to work, worship, go to school, and acquire goods and services, however, this order will offer clear recommendations on safely holding gatherings.

- Gatherings at a household or family residence should be limited to close friends and family and are recommended to be 10 visitors or less.

- Residents in a red or purple county, as designated by the Ohio Public Health Advisory System, should limit hosting or attending gatherings of any size.

- Wear a mask at all times at gatherings and maintain physical distance.

- Use take out, outdoor dining, or indoor dining only when strict social distancing can be maintained.

- Take extra precautions if you go to bars or nightclubs, where use of masks typically is inconsistent and drinking alcohol can lead to less social distancing.

- Protect anyone with serious medical conditions at home by social distancing at home, wearing a mask, and using high levels of personal hygiene.

- High-risk individuals should take extra precautions to limit the number of people they interact

with.

- Make the group of people you interact with most often as small as possible and make sure that they are taking appropriate COVID-19 precautions – even if you are just gathering with family friends or neighbors at your home.

**CURRENT COVID-19 DATA**

There are 89,626 confirmed and probable cases of COVID-19 in Ohio and 3,442 confirmed and probable COVID-19 deaths. A total of 10,678 people have been hospitalized, including 2,534 admissions to intensive care units. In-depth data can be accessed by visiting coronavirus.ohio.gov.

Video of today's full update, including versions with foreign language translation, can be viewed on the Ohio Channel's YouTube page.

For more information on Ohio's response to COVID-19, visit coronavirus.ohio.gov or call 1-833-4-ASK-ODH.

–30–

Share this            ☐ Facebook  ☐ Twitter

For more information



- CDC Travel Information

عربية   |   简体中文   |   Af-Soomaali   |   Español   |   English

Official site of **Ohio.gov**

Need help or information?     Contact us

☐ Language Translation                                   An Official Site of                    ☐

 **Ohio** | Department of Health    **Coronavirus (COVID-19**    ☐

| Ohio Public Health Advisory System | Responsible RestartOhio | Testing and Community Health Centers | Families and Individuals | Healthcare Providers and Local Health Districts |

 **NEWS RELEASES & NEWS YOU CAN USE**    PUBLIC HEALTH ORDERS    PRESS CONF

**COVID-19 / Resources / News Releases & Ne**… **/ COVID-19 Update 08/2…**

# COVID-19 Update 08/27/2020

*August 27, 2020* | [COVID-19](#)

**FOR IMMEDIATE RELEASE:**

August 27, 2020

**MEDIA CONTACTS:**

Dan Tierney: 614-644-0957

Breann Almos: 614-799-6480

## COVID-19 Update: K-12 Case Reporting, Sports Order Modification

(COLUMBUS, Ohio)—Ohio Governor Mike DeWine and Lt. Governor Jon Husted today provided the following updates on Ohio's response to the COVID-19 pandemic.

**UPDATED COUNTY RISK LEVELS**

Governor DeWine today released this week's [Ohio Public Health Advisory System](#) map. New health data compiled by the Ohio Department of Health indicates that six counties currently have a very high risk of exposure and spread. This is the lowest number of Level 3 counties since the Ohio Public Health Advisory System was developed. In addition, 76 counties have remained at a consistent level, which is the lowest movement between levels that Ohio has experienced.

"While we do have good news in today's alert map, this does not give us the green light to change

393

our behavior. It's only through the interventions that we've put in place that we have been able to make these strides," said Governor DeWine. "Please continue to wear a mask, stay home when you can, and refrain from gatherings, especially indoors."



**Increase to Level 3: Continue at Level 3: Decrease to Level 2: Decrease to Level 1:**

- Montgomery

- Erie
- Lorain
- Lucas
- Mercer
- Preble

- Clark
- Clermont
- Franklin
- Trumbull

- Marion
- Muskingum
- Perry
- Sandusky

Detailed information all of Ohio's 88 counties can be found on the

Ohio Public Health Advisory System's website. The system was developed to provide local health departments, community leaders, and the public with data and information on the severity of the COVID-19 spread in the counties in which they live. The system consists of four levels with specific risk-level guidelines. Each level is calculated with data gathered on seven public health indicators.

### K-12 CASE REPORTING

Governor DeWine announced that the Ohio Department of Health will be issuing an order that requires K-12 schools to establish a mechanism for parents and guardians to report confirmed cases of COVID-19 among their children.

Schools should notify parents/guardians in writing about each case and include as much information as possible without disclosing protected health information. Schools should also make non-identifying information about positive COVID-19 cases publicly available.

"Prompt reporting will help prevent potential further spread among students and staff," said Governor DeWine. "Knowing this information can help parents make informed decisions in regard to risks and exposure for their families."

The forthcoming order will also direct all K-12 schools to report confirmed cases to their local health department, which will then report new cases and cumulative case data for students and teachers to the Ohio Department of Health. This aggregate data will be published at coronavirus.ohio.gov each Wednesday.

### SPORTS ORDER MODIFICATION

Lt. Governor Husted announced that the current sports order has been modified to clarify that participants shall not compete in more than one contest or game in any calendar day, as compared to the 24-hour period outlined in the original order. The goal of this adjustment in language is to assist organizers and teams when scheduling games or contests.

### ASSISTED LIVING TESTING PAUSE

Governor DeWine announced today that Ohio is pausing its work to test residents and staff at assisted living facilities through saliva testing instead of nasal swabs due to inconsistent test results. The Ohio Department of Health will investigate the issue through controlled validation testing to determine if the irregularities can be attributed to the test kits themselves, the labs, or the specimen collection process.

### DUPLICATE PAYMENTS IDENTIFIED

Lt. Governor Husted announced that the Ohio Office of Budget and Management (OBM) and InnovateOhio have identified an additional 38 duplicate payments, totaling $93,978 in savings, using

the InnovateOhio Duplicate Payment Tool.

In total, $1.1 million in savings have been identified since this project launched. Today's update brings the total number of confirmed duplicate payments to 145 since January 2019, across 29 different agencies, boards, and commissions.

OBM works with agencies to ensure that all duplicate payments are recovered.

**TECH CRED REMINDER**

Lt. Governor Husted reminded employers about the TechCred program, which reimburses businesses to upskill their current and prospective employees. The current August round ends on August 31 at 3 p.m. Visit TechCred.Ohio.Gov for more information or to apply.

**CURRENT COVID-19 DATA**

There are 118,828 confirmed and probable cases of COVID-19 in Ohio and 4,076 confirmed and probable COVID-19 deaths. A total of 13,150 people have been hospitalized, including 2,929 admissions to intensive care units. In-depth data can be accessed by visiting coronavirus.ohio.gov.

Video of today's full update, including versions with foreign language translation, can be viewed on the Ohio Channel's YouTube page.

For more information on Ohio's response to COVID-19, visit coronavirus.ohio.gov or call 1-833-4-ASK-ODH.

**-30-**



Share this     ☐ Facebook ☐ Twitter

For more information



- [CDC Travel Information](#)

عربية    |    简体中文    |    Af-Soomaali    |    Español    |    English

Official site of **Ohio.gov**

Need help or information?    Contact us



Set Weather

Your support makes a difference. Subscribe to cleveland.com.

Subscribe          Data Central

# Ohio's disturbing new trend of increasing coronavirus cases

Updated Jun 23, 2020; Posted Jun 23, 2020



Ohio's coronavirus cases spike up

The trend of newly reported coronavirus cases has begun to increase. This graphic is based on per-day averages over seven-day periods to smooth out for situations in which test results or determinations lag, or arrive in clusters. The onset totals for most recent dates are not yet complete, as officials in the coming days likely will learn about new cases from these dates. Rich Exner, cleveland.com

Case: 3:20-cv-01948-JGC  Doc #: 10-1  Filed:  09/08/20  25 of 29.  PageID #: 1017

3,096
shares

**By Rich Exner, cleveland.com**

CLEVELAND, Ohio - When the Ohio Department of Health on Monday reported the largest single-day increase in coronavirus cases in more than a month it wasn't a blip, but rather a significant example of a trend that had been developing since late last week.

The long and generally steady decline of newly reported COVID-19 cases is over, at least for the time being. And the number of cases is trending up.

Advertisement

For 12 straight days - from June 6 through last Wednesday - the number of new cases reported each day ranged from 300 to 434, averaging 389 a day during this period.

Then, starting on Wednesday, the state has reported 700, 609, 531, 546 and finally 729 in its updates at 2 p.m. each day.

More clearly put, the seven-day average - a way to smooth out trends that could otherwise be affected by the timely processing lab work or paperwork - hit a two-month low on June 12 at 381. Since then, the seven-day average has increased nearly every day, hitting 566 on Monday - the highest point since May 27.

400

## What's behind the spike?

While the trend is clear, what's behind the spike is unknown for sure at this early stage with limited publicly available data on these new cases. At least three factors could be coming into play.

* Ohio gradually has resumed activities, from work to play, including the wider opening of restaurants and stores, and entertainment centers such as pools and parks.

* Early on, many people with symptoms were never tested. When supplies were limited, testing focused on the sickest and oldest patients, and healthcare workers. Now, anyone can get a test, Gov. Mike DeWine has said. In the seven days through Monday, the state reported 102,190 tests, up from 80,140 and 75,922 the previous two weeks.

* And some older cases are being added to the totals, such as those in which blood testing shows earlier presence of the virus. In the last week, 204 cases with an onset of symptoms from May or earlier have been added to the total, including 97 from April or earlier.

## Hospital trends

401



COVID-19 patients in Ohio hospitals

COVID-19 hospital stays until recently had been trending down in Ohio. This chart shows the number of patients on a given day, as reported by hospitals to the Ohio Hospital Association. Out-of-state patients are included. Totals for the most recent day or two may be revised later.  Rich Exner, cleveland.com

One way to "clean" the data for uneven testing and reporting of cases is to look only at hospitalization records. These are among the most serious of cases, and also those for which state health officials were always most likely to know about.

The encouraging trend on hospitalizations to date is that they have not shown

402

the same spike upward found in the overall case numbers.

The numbers for both total coronavirus patients and those in intensive care units are well below where they were from April through early June, though up slightly the last couple of days.

For example, the Ohio Hospital Association reported 549 coronavirus patients in Ohio hospitals on Monday, with 217 of those in ICUs. This compares with 760 and 323 on June 1, and 1,067 and 411 on May 1.

However, a patient could have coronavirus for several days or more before being hospitalized, or even being diagnosed. And the latest hospitalization numbers are often later revised up slightly.

*Rich Exner, data analysis editor for cleveland.com, writes about numbers on a variety of topics. Follow on Twitter @RichExner. See other data-related stories at cleveland.com/datacentral.*

**Read related coverage**

Mapping Ohio's 45,537 coronavirus cases; daily increase highest in a month

See coronavirus cases by day for each Ohio county

CARES Act makes this ideal time for a student-loan payment checkup: That's Rich!

Coronavirus-related impact on your tax returns, including the new filing deadline of July 15: That's Rich!

What you need to know to get an unemployment check in Ohio, plus $600 extra: That's Rich!

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.

# Around the web

Advertisement

Advertisement



   Registration on or use of this site constitutes acceptance of our **User Agreement**, **Privacy Policy and Cookie Statement**, and **Your California Privacy Rights** (each updated 1/1/20).

© 2020 Advance Local Media LLC. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

**Community Rules** apply to all content you upload or otherwise submit to this site.

**Ad Choices**