# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

Michael Renz, Eric Calderaro, et al

CIVIL CASE NO.  3:20-CV-1948

vs.

JUDGE  Carr

Amy Acton, and Ottawa County Health Department

## PRAECIPE FOR ISSUANCE

☒    ORIGINAL SUMMONS

☐    ALIAS SUMMONS

☐    THIRD PARTY SUMMONS

☐    CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐    CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐    WRIT OF EXECUTION

☐    OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule  4.2.

Date:  10/16/2020                        By:   Thomas Renz

                                         Attorney for  Plaintiffs

revised 02/2009