UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL B. RENZ, et al., | ) | CASE NO.: 3:20-CV-01948 |
| | ) | |
| Plaintiffs, | ) | JUDGE: JAMES G. CARR |
| | ) | |
| vs. | ) | **NOTICE OF APPEARANCE** |
| | ) | **OF COUNSEL** |
| STATE OF OHIO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now comes counsel for Defendant, Ottawa County Department of Public Health, and hereby notifies the Court and all counsel of record that Attorney Amily A. Imbrogno hereby enters her appearance on behalf of said Defendant. Mazanec, Raskin & Ryder Co., L.P.A. respectfully requests that the Court and all counsel direct all notices, pleadings and other communications directly to the above, effective immediately.

                                                      Respectfully submitted,

                                                      MAZANEC, RASKIN & RYDER CO., L.P.A.

                                                      *s/ Amily A. Imbrogno*
                                                      DAVID M. SMITH (0079400)
                                                     AMILY A. IMBROGNO (0092434)
                                                     100 Franklin's Row
                                                     34305 Solon Road
                                                     Cleveland, OH 44139
                                                     (440) 248-7906
                                                     (440) 248-8861 – Fax
                                                     Email: dsmith@mrrlaw.com
                                                               aimbrogno@mrrlaw.com

                                                     *Counsel for Defendant*
                                                     *Ottawa County Department of Public Health*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 30, 2020, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        *s/ Amily A. Imbrogno*
        DAVID M. SMITH  (0079400)
        AMILY A. IMBROGNO  (0092434)

        *Counsel for Defendant*
        *Ottawa County Department of Public Health*

PERS-200273/NOAppearance for AAI