UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL B. RENZ, et al., | ) | CASE NO.: 3:20-CV-01948 |
| | ) | |
| Plaintiffs, | ) | JUDGE: JAMES G. CARR |
| | ) | |
| vs. | ) | **MOTION FOR STATUS CONFERENCE** |
| | ) | |
| STATE OF OHIO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now comes Defendant, Ottawa County Department of Public Health, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and hereby requests a status conference in this case at the Court's convenience.  Ottawa County Department of Public Health was just recently added to this case, after dates had been set regarding briefing on the Plaintiffs' Motions.  This Defendant requests a status conference, via telephone, to discuss the upcoming deadlines in the case and how they apply to the Ottawa County Department of Public Health Defendant.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/David M. Smith*
DAVID M. SMITH  (0079400)
AMILY A. IMBROGNO  (0092434)
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   dsmith@mrrlaw.com
             aimbrogno@mrrlaw.com

*Counsel for Defendant*
*Ottawa County Department of Public Health*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 30, 2020, a copy of the foregoing Motion for Status Conference was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      *s/David M. Smith*
                                      DAVID M. SMITH (0079400)
                                      AMILY A. IMBROGNO (0092434)

                                      *Counsel for Defendant*
                                      *Ottawa County Department of Public Health*

PERS-200273/Motion for Status Conf