# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**FILED**
OCT 30 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Michael Renz, Eric Calderaro, et. al

CIVIL CASE NO. 20-CV-01948

vs.

JUDGE Carr

State of Ohio, Gov. Mike DeWine,
Lance Himes and Amy Acton

## PRAECIPE FOR ISSUANCE

☐ ORIGINAL SUMMONS

☒ ALIAS SUMMONS

☐ THIRD PARTY SUMMONS

☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐ WRIT OF EXECUTION

☐ OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 10/29/2020       By: Tom Renz

Attorney for Plaintiff

revised 02/2009