# United States District Court
# Northern District of Ohio

### Notice of Failure to File Electronically, Pursuant to
### Local Rule 5.1(c) and Local Criminal Rule 49.2(c)

**Effective January 1, 2006**, all papers, except an original complaint or document otherwise excused by the rules, procedures or Orders of the Court, **must be filed electronically.**

> LR 5.1(c) The Court requires attorneys to receive notice of filings electronically and to file documents electronically, absent a showing of good cause, unless otherwise excused by the rules, procedures or Orders of the Court. While parties and pro se litigants may register to receive "read only" electronic filing accounts so that they may access documents in the system and receive electronic notice, typically only registered attorneys, as Officers of the Court, will be permitted to file electronically.
>
> LR 49.2(c)The Court requires attorneys to receive notice of filings electronically and to file documents electronically, absent a showing of good cause, unless otherwise excused by the rules, procedures or Orders of the Court. While parties and pro se litigants may register to receive "read only" electronic filing accounts so that they may access documents in the system and receive electronic notice, typically only registered attorneys, as Officers of the Court, will be permitted to file electronically.

**Please register for NextGen CM/ECF immediately.**  You can complete an online registration form at  www.PACER.gov.  Refer to the Court's website for registration instructions.  There are online tutorials for e-filing or you can contact the Clerk's Office and sign up for a CM/ECF training class.

**The document(s) presented for filing today** will be accepted by the Clerk's Office. However, future filings **must comply with the local rules**.  This notice will be entered on the court record.  **Sanctions may be imposed if additional violations occur after this date.**

Case Number                                              Date

Document

Name of Submitting Attorney

[12/9/05] tal
modified 2/24/20 sp