UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL B. RENZ, et al., | : | |
| Plaintiffs, | : | Case No. 3:20-cv-1948 |
| v. | : | Judge James G. Carr |
| GOVERNOR MIKE DEWINE, et al., | : | |
| Defendants. | : | |

**MEMORANDUM OF DEFENDANTS STATE OF OHIO,
GOVERNOR MIKE DEWINE, AMY ACTON AND LANCE HIMES
IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**

Defendants State of Ohio, Governor Mike DeWine, Amy Acton and Lance Himes (collectively, the "State Defendants") oppose the motion for expedited discovery filed by Plaintiffs on October 13, 2020. This motion came on the heels of the October 7, 2020, status conference during which the Court instructed that discovery in this case will be held in abeyance pending disposition of the State Defendants' motion to dismiss. [See 10/7/2020 Minute Order ("All other proceedings, including discovery and plaintiff's motion for an injunction, shall be held in abeyance pending adjudication of defendant's motion to dismiss.")] Inasmuch as Plaintiffs' motion offers no reason for deviating from the Court's prior order, Plaintiffs' motion for expedited discovery should be denied.

Respectfully submitted,

DAVE YOST, Ohio Attorney General

/s/  Marion H. Little, Jr.
John W. Zeiger (0010707)
Marion H. Little, Jr.  (0042679)
SPECIAL COUNSEL
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center

>41 S. High Street
>Columbus, Ohio  43215
>Telephone:  (614) 365-9900
>Facsimile:  (614) 365-7900
>zeiger@litohio.com
>little@litohio.com
>
>*Counsel for Defendants State of Ohio, Governor Mike DeWine, Amy Acton, Former Director of the Ohio Department of Health, and Lance D. Himes, Interim Director of the Ohio Department of Health*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 6, 2020, a copy of the foregoing was filed electronically with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to counsel of record.

>/s/  Marion H. Little, Jr.
>Marion H. Little, Jr.  (0042679)

1230-022:879974

2