IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION FOR THE
NORTHERN DISTRICT OF OHIO

Michael Renz, et al.,                                    Case No.:   3:20-cv-1948

                          Plaintiffs,                    Judge James G. Carr

vs.

                                                         Notice of Dismissal

State of Ohio Gov. Mike DeWine, et al.

                          Defendants.


      Plaintiffs by and through their attorneys pursuant to Rule 1-041(1)(a), Federal Rules of
Civil Procedure, do hereby dismiss this action, without prejudice.


RESPECTFULLY SUBMITTED


By:__/s/ Thomas Renz____
          Thomas Renz, Esq. (98645)
1907 W State Street, #162
Freemont, OH 43420
(419) 35104248
renxlawllc@gmail.com

and

By:       __/s/ Robert J. Gargasz____
Robert J. Gargasz (0007136)
1670 Cooper Foster Park Road
Lorain, OH 44053
(440) 960-1670
rjgargasz@gmail.com

ATTORNEYS FOR THE PLAINTIFFS