It is so ordered.

s/James G. Carr
Sr. U.S. District Court Judge

IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION FOR THE
NORTHERN DISTRICT OF OHIO

Michael Renz, et al.,                                  Case No.:   3:20-cv-1948

          Plaintiffs,                              Judge James G. Carr

vs.

                                        Notice of Dismissal

State of Ohio Gov. Mike DeWine, et al.

          Defendants.

    Plaintiffs by and through their attorneys pursuant to Rule 41(1)(a), Federal Rules of Civil Procedure, do hereby dismiss this action, without prejudice.

                                        RESPECTFULLY SUBMITTED

                                  By:__*/s/ Thomas Renz*____
                                              Thomas Renz, Esq. (98645)
                                       1907 W State Street, #162
                                       Freemont, OH 43420
                                       (419) 35104248
                                       renxlawllc@gmail.com

                                       and

                                    By:       __*/s/ Robert J. Gargasz*____
                                       Robert J. Gargasz (0007136)
                                       1670 Cooper Foster Park Road
                                       Lorain, OH 44053
                                       (440) 960-1670
                                       rjgargasz@gmail.com

                                       ATTORNEYS FOR THE PLAINTIFFS